UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-215-GCM

| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) |
|  | ) **ORDER** |
| TRANSPORT INDUSTRIES, LP, *et al*, | ) |
| Defendants. | ) |

**THIS MATTER** is before the court on its own motion. The trial in this matter is hereby re-scheduled for **Monday, June 9, 2008, at 10:00 a.m.** in Charlotte.

It is so ordered.

Signed: November 5, 2007

Graham C. Mullen
United States District Judge